DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VILMA M. WALKER** and **LORREN G. SOARES,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** Solely as Trustee for
Harborview Mortgage Loan Trust Mortgage Loan Pass-Through
Certificates, Series 2007-6,
Appellee.

No. 4D18-2760

[December 5, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; John B. Bowman, Judge; L.T. Case No. CACE 17-16368
(11).

Vilma M. Walker and Lorren G. Soares, Miramar, pro se.

Kimberly S. Mello and Joseph H. Picone of Greenberg Traurig, P.A.,
Tampa, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

CONNER, FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***